KATE L. PECK, Respondent, *v.* NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant.

(Submitted February 11, 1931; decided March 24, 1931.)

*John Bright* for appellant.

*Thomas Gagan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.